AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRIAN D. SWANSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV122-119

UNITED STATES OF AMERICA,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 15, 2023, Defendant's Motion to dismiss is granted and Plaintiff's claim for a refund of $2,254 is dismissed. This case stands closed.

5/15/23
Date

John E. Triplett, Clerk of Court
Clerk

*(signature)*

(By) Deputy Clerk

GAS Rev 10/2020